JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MENDOZA,<br><br>             Plaintiff,<br><br>        v.<br><br>MARK KIM d/b/a CARSTAR CAR MASTERS COLLISION SAN GABRIEL;<br>JPG & MK CORP MANAGEMENT; and<br>DOES 1 to 10,<br><br>             Defendants. | Case No. 8:25-cv-01363-JWH-KESx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 20] entered on or about November 19, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 23, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE